```
                           United States Bankruptcy Court
                          Middle District of North Carolina
```

In re:                                                            Case No. 13-10034-tww
Ronald Devett Watkins                                             Chapter 13
Bessie Henard Watkins
       Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0418-2         User: spencer          Page 1 of 2           Date Rcvd: May 24, 2013
                             Form ID: pdf013        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2013.
db/jdb      Ronald Devett Watkins,   Bessie Henard Watkins,   519 Pendleton Street,
             High Point, NC  27260-5827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              Household Realty Corp.&line_sep;Attn: Managing Age
                                                                              TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**              **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0418-2           User: spencer              Page 2 of 2                   Date Rcvd: May 24, 2013
                               Form ID: pdf013            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2013 at the address(es) listed below:
              Anita Jo Kinlaw Troxler    office4@chapter13gboro.com,  office5@chapter13gboro.com
              Joe M. Lozano, Jr    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              Patti H. Bass    on behalf of Creditor    United Consumer Financial Serv. ecf@bass-associates.com
              Stephen D. Ling    on behalf of Debtor Ronald Devett Watkins SDLing@BellSouth.net
              Stephen D. Ling    on behalf of Joint Debtor Bessie Henard Watkins SDLing@BellSouth.net
                                                                                             TOTAL: 5

**SO ORDERED.**

**SIGNED this 24th day of May, 2013.**




---

C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Watkins, Ronald Devett  xxx-xx-0721 | ) | |
| Watkins, Bessie Henard  xxx-xx-2237 | ) | |
| 519 Pendleton Street | ) | No: 13-10034  C-13G |
| High Point, NC 27260-5827 | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER

    This matter coming before the Court upon the Motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtor(s), that an Order be entered amending the arrearage claim on record in the case for Household Realty Corporation to $6,346.83 representing the total arrearage owing on the account through and including the monthly payment for March 2013, and there being no filed objection to the Motion within the time period set forth in the Notice issued on April 19, 2013, by the Clerk of Court setting May 20, 2013, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

    ORDERED that the arrearage claim on record in the case for Household Realty Corporation is amended to $6,346.83 representing the total arrearage owing on the account through and including the monthly payment for March 2013.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
13-10034 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

STEPHEN D LING ESQ
706 GREEN VALLEY RD STE 505
GREENSBORO NC 27408

RONALD DEVETT WATKINS
BESSIE HENARD WATKINS
519 PENDLETON STREET
HIGH POINT NC 27260-5827

HOUSEHOLD REALTY CORPORATION
ATTN MANAGING AGENT
2929 WALDEN AVE
DEPEW, NY 14043

JOE M LOZANO ESQ
9441 LBJ FREEWAY, STE 350
DALLAS, TX 75243

JOE M LOZANO JR ESQ
9441 LBJ FREEWAY STE 350
DALLAS, TX 75243